IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL,        CASE NO. 1:25-cv-20251-KMM
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH, a foreign limited liability company,

      Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," an individual, and
John Doe,

      Defendant.

_____/

## MEDIATION REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator

reports that a mediation conference was held on June 27, 2025, all of the parties and their

representatives and Defendant's insurance adjuster attended via Zoom and the matter did not

settle and the mediator declared an impasse.

      Respectfully submitted,

      Law Offices of Joshua Spector, P.A.
      14 NE 1st Avenue, Suite 1100
      Miami, Florida 33132
      (786) 786-7272 (Tel.)

      By: /s/ Joshua Spector, Esq.
             Joshua Spector, Mediator

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on the July 3, 2025, on all counsel or parties who have appeared in the above-styled action.

/s/ Joshua Spector, Esq.
Joshua Spector, Esq.
Florida Bar No. 584142