IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL,
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH,                                                    CASE NO. 1:25-cv-20251-KMM

      Plaintiff,

v.

JACOB SHMUEL BOTACH and
JOHN DOES 1-10,

      Defendants.

_____/

**PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
FOR LIABILITY ON COUNTS I AND II OF THE AMENDED COMPLAINT
<u>AND FOR SUMMARY JUDGMENT ON COUNTS I-IV OF THE COUNTERCLAIM</u>**

Plaintiff FONTAINEBLEAU FLORIDA HOTEL, LLC (the "Hotel") pursuant to S.D. Fla. Local R. 56.1(a)-(b) respectfully files this Statement of Material Facts

**General Background**

1. Jacob Shmuel Botach ("Botach") is a Jewish man. (*See* Exhibit 33 at 19:5-7.)[1]

2. Botach owns, controls, accesses, or uses an Instagram account at the handle "@rabbishmuley." (*See* Exhibit 8 at ¶ 10.)

3. Botach owns, controls, accesses, or uses a Twitter/X account at the handle "@RabbiShmuley." *Id*.

4. Botach owns, controls, accesses, or uses a Facebook account at the handle Rabbi Shmuley Boteach. *Id*.

5. ████████████████████████████████████████████ (*See* Exhibit 33 at 91:24-93:1.)

6. ████████████████████████████████████████████ ██████ (*Id.* at 93:2-10.)

**2023 Incident**

7. ████████████████████████████████████████████ ████████████ (*Id.* at 31:24-32:7)

8. On December 5, 2024, Botach referenced the 2023 incident during his appearance on a Local 10 News segment. (*See* Exhibit 6.)

9. On December 5, 2024, Botach wrote in a story on The Jerusalem Post that, "This is not the first time I was accosted in the lobby of the Fontainebleau. It happened about a year and a

---

[1] Exhibit numbers refer to the March 20, 2026 Affirmation of Sean A. Burstyn filed contemporaneously with this Statement of Facts.

half ago when a well-dressed Arab man screamed 'Free Palestine' right in my face as I was working and threatened violence. The response of the hotel was pathetic." (*See* Exhibit 5.)

10. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ (*See* Exhibit 33 at 102:7-16.)

11. Printed on the back of Botach's purported lifetime passes is a disclaimer that "This card is the property of the Hotel, and its privileges may be revoked by Management." (*See* Exhibit 31.)

12. ████████████████████████████████████ (*See* Exhibit 33 at 103:24-25.)

13. Patrick Fisher, a former executive of the Hotel, testified that he did not ever give Botach lifetime passes to the Hotel, that no one had ever received lifetime passes from the Hotel, and he was 100 percent certain of these facts. (*See* Exhibit 39 at 48:2-51:25.)

**2024 Incident**

14. ████████████████████████████████████████████████████████ (*See* Exhibit 33 at 246:5-11)

15. ████████████████████████████████████████████████████████

████████████████████ (*Id*. 52:22-24, 246:15-247:5; Exhibit 1.)

16. Shortly before midnight, Faiz Akbar began speaking with Botach. (*See* Exhibit 1.)

17. Mr. Akbar and Botach exchanged heated words for a couple of minutes. (*See* Exhibit 2.)

18. An unidentified guest at the Hotel noticed the altercation between Mr. Akbar and Botach and approached and alerted a Hotel security guard, Ruben Yero. (*See* Exhibit 23 at 16:10-24.)

19. Mr. Yero intervened and separated Mr. Akbar and Mr. Yero. (*Id.* at 16:24-17:9, 63:24-64:3.)

20. A second Hotel security guard, Luben St. Fleur, also arrived to de-escalate the situation. (*See* Exhibit 35 at 12:8-13:5.)

21. Hotel security escorted Mr. Akbar away from Botach. (*Id*. at 22:14-21.)

22. Botach voluntarily left the Hotel once the incident concluded. (ECF No. 40 ¶¶ 28, 48.)

**Botach's Pre-Trespass Conduct.**

23. On December 2, 2024, Botach posted to his personal Twitter account, in part, "The [Hotel] security not only did not help me, but actually hugged the Islamist attacker, even as he continued to threaten me with violence for being Jewish. The Fontainbleau has scores of Jewish guests, many with yarmulkes, staying there constantly. From this video, it does not appear that they are safe. Will the Hotel . . . finally take action to protect Jews? . . . ." (*See* Exhibit 3.)

24. That same day, Botach posted on Twitter, in part, "We're going to see if this time, they [*i.e.*, the Hotel] take[s] it seriously and if not, I I will take serious legal action. Already, Jewish tourists from all over the world are writing to me that they are canceling their reservations at the @fontainebleaumiamibeach." (*Id*.)

25. Later that same day, Botach posted on Twitter, in part, "We will also hold the @fontainebleaumiamibeach accountable for their actions last night, especially their security, who actually hugged the monster as he threatened me." (*Id*.)

26. On December 3, 2024, Botach posted on Twitter, in part, "The vicious attack on me last night in Miami Beach by the unhinged Islamist fanatic, which the security at the @fontainebleaumiamibeach did nothing to prevent, is now inspiring copycat threats . . . I'm gonna hold the hotel completely accountable. Their security guard actually hugged the assailant." (*Id*.)

27. That same day, Botach posted on Twitter, in part, "How is the @fontainebleaumiamibeach watching the tsunami of antisemitism, gushing forth from the incident at their hotel where I was attacked by a vicious antisemite, and doing absolutely nothing? Their security actually hugged [my] attacker. Disgusting and unforgivable." (*Id*.)

28. On December 4, 2024, Botach posted on Twitter, in part, "the Miami Beach Police Department is asking the @fontainebleaumiamibeach for the surveillance video of the vicious antisemitic hate crime against me this week . . . Why won't the hotel provide their camera footage to the police? What are they hiding? . . . How can this have happened and why won't the hotel give the footage to the police? Until the @fontainebleaumiamibeach cooperates fully with the police investigation, I cannot see how any Jewish guest at the hotel is safe." (*See* Exhibit 4.)

29. That same day, Botach posted on Twitter, in part, "the hotel will be held accountable for refusing to release surveillance footage and denying the attack was antisemitic and having its securiy guard hug the Jew-hater who threatened to destroy me." (*See* Exhibit 3.)

30. On December 5, 2024, Botach appeared on a segment from Local 10 News in which he said, among other things, "We are going to file a $100 million lawsuit, God willing, against the Fontainebleau." (*See* Exhibit 6.)

**Botach is Trespassed**

31. On December 6, 2024, the Hotel, through counsel, delivered a letter to Botach's counsel at the time, Ms. Jasmine Rand. (*See* Exhibit 7.)

32. In that letter, the Hotel referred to Botach's "threat of a $100 million claim" and advised Botach's counsel of Botach's duty to preserve discoverable information. The letter demanded that Botach cease and desist from "disseminating falsehoods" and stated those false

statements included "but [were] not limited to, the defamatory claim that [the Hotel] has 'refused to cooperate' with law enforcement." (*Id*.)

33. The letter also advised "take notice that as authorized by Florida law, the Fontainebleau declines entry and service to individuals who are actively in or threatening litigation against the hotel. *See* Fla. Stat. § 509.092. As such, please advise your client to refrain from entering onto Fontainebleau property under any circumstances." (*Id*.)

34. The Hotel has never trespassed a guest because of that guest's religion, nor does it have any policy under which it excludes guests because of their religion. (*See* Exhibit 38 at 32:22-33.3; Exhibit 39 at 40:21-25.)

**The Miami Beach Police Department Investigation**

35. At 9:30 a.m. on December 2, 2024, Detective Eugenio Abay of the Miami Beach Police Department received a call from the Miami Dade Police Homeland Bureau concerning the incident involving Botach at the Hotel earlier that day. (*See* Exhibit 18 at MBP00013.)

36. That day, Detective Abay called the Hotel, and staff there confirmed there had been an incident, that it had been de-escalated, and that it had only been a verbal altercation. (*Id*.)

37. At about 2:45 p.m. on December 2, 2024, Detective Abay, along with another officer, visited the Hotel. While there, Hotel personnel permitted the officers to review surveillance footage of the incident. (*See* Exhibit 18 at MBP00014; Exhibit 32 at 48:8-18.)

38. Hotel personnel advised Detective Abay that they "did not mind" turning over the surveillance but needed a subpoena first. (*See* Exhibit 18 at MBP00014.)

39. Detective Abay testified that the request for a subpoena "was no problem because usually a lot of the hotels, wherever you go, they ask for a subpoena." (*See* Exhibit 36 at 51:4-6)

5

40. On December 4, 2024, at about 11:50 a.m., Detective Abay provided a signed subpoena to the Hotel. Hotel personnel uploaded copies of the surveillance footage to MBPD's AXON evidence database by 12:47 p.m. that same day. (*See* Exhibit 18 at MBP00015; Exhibit 38 at 42:12-43:5.)

41. Detective Abay testified that the Hotel uploaded "all the videos we requested." (*See* Exhibit 36 at 52:11.)

42. On December 5, 2024, Detective Abay went to the hotel and interviewed Hotel security guard Ruben Yero to discuss the incident, and Mr. Yero voluntarily spoke with Detective Abay and did not refuse to answer any of the detective's questions. (*See* Exhibit 18; Exhibit 23 at 71:16-72:2.)

43. On December 11, 2024, Sergeant Reginald Lester of the MBPD emailed Botach to state that "we are scheduled to meet with the State Attorney tomorrow, Thursday, December 12, to present the findings of our investigation" and that "please be assured that if the evidence supports a criminal charge, we will take appropriate action granted to us by the State of Florida. (*See* Exhibit 27.)

44. On December 18, 2024, FBI agent Justin Houston advised Botach that their investigation had concluded in a determination that there was no federal nexus concerning the incident at the Hotel. (*See* Exhibit 37.)

45. On March 9, 2025, Sergeant Reginald Lester of the MBPD emailed Botach and admonished him that "At no point has anyone and I mean ANYONE impeded our investigation or communicated unwarranted interest in its outcome." (*See* Exhibit 16 at Def0000896.)

**Botach's Refusal-to-Cooperate Statements**

46. *See* ¶¶ 28-29.

47. On December 5, 2024, Botach posted on Twitter, in part, "the police will not stop until all surveillance footage and evidence is obtained from the @fontainebleaumiamibeach who thus far are not cooperating . . . I will fight to ensure that Management of the @fontainebleau are held accountable for failure to cooperate with law enforcement . . . ." He sent a service-list email the same day containing the same language.  (*See* Exhibit 34; Exhibit 9.)

48. On December 7, 2024, Botach posted on Instagram and stated, in part, "The hotel is lying. Miami Beach Chief of Police Wayne Jones and his detective Eugenio Abay have confirmed that their request for surveillance footage from the hotel has been denied." (*See* Exhibit 15.)

49. On December 10, 2024, Botach posted on Twitter, in part, Just because the @fontainebleaumiamibeach won't release the footage of the vile attack to the police (the hotel is lying that they are cooperating . . . ." (*See* Exhibit 11.)

50. Along with the text of that December 10 post, Botach recorded and posted a video of himself speaking to the camera. He stated, among other things, "[the Hotel's counsel] said we are cooperating with the police. That's garbage. The Fontainebleau Hotel has still not provided the surveillance tapes of the attack on me to the Miami Beach Police Department, who have repeatedly requested it . . . Not to mention not protecting the Jewish community by refusing to turn over the surveillance tapes cuz they know what it shows. They know what it shows. They're not cooperating with the police." (*See* Exhibit 10.)

51. On December 19, 2024, Botach emailed the Jerusalem Post and stated, "the Fontainebleau refused to release the surveillance footage and would not cooperate with the police." (*See* Exhibit 30.)

52. On December 20, 2024, Botach appeared on Channel 10 News and said, "To all the people at the Fontainebleau, where is the surveillance footage? You're saying it was all made up? Why won't you release the surveillance footage?" (*See* Exhibit 24.)

53. On December 22, 2024, Botach posted on Twitter, in part, about the Hotel, "What are they hiding? And why won't they release the footage?" (*See* Exhibit 12.)

54. On January 4, 2025, Botach posted on Instagram that he "immediately released all of his video . . . The only one who steadfastly refuses to release the footage of the incident to the public is billionaire Jeffrey Soffer." (*See* Exhibit 13.)

55. On December 8, 2024, Botach emailed Nelson Delgado, an FBI agent, and copied MBPD personnel and asked them to "forward [Mr. Delgado] the police report as well as the surveillance videos from the hotel which my understanding is, after they originally refused to turn them over, have now done so after substantial public and media pressure." (*See* Exhibit 14.)

56. On December 8, 2024, Botach posted a video on Twitter in which he stated, among other things, that the Hotel "initially didn't cooperate with the police. Now they finally turned over the footage." (*See* Exhibits 21 at :10-:16 and Exhibit 22.)

57. On December 10, 2024, Botach emailed Wayne Jones, Miami Beach Police Department Chief, and asked him, "did MBPD get the surveillance footage from the Hotel please?" (*See* Exhibit 16 at Defendant0000902).

58. On December 11, 2024, Chief Jones responded to Botach and stated "The video was received." (*Id.* at Defendant0000901.)

59. ████████████████████████████████████████████████. (*See* Exhibit 33 at 298:16-300:4.)

60. On December 15, 2024, Botach emailed Sergeant Lester of MBPD and asked, "Has the Fontainebleau provided the footage please?" (*See* Exhibit 28.)

61. On December 16, 2024, Botach emailed Steven Meiner, the Mayor of the City of Miami Becah, and asked him, "Did the police ever get the surveillance footage from the Fontainebleau Hotel . . . ." (*See* Exhibit 29.)

62. No later than December 3, 2024, Botach had Detective Abay's cellphone number and had contacted him via cellphone. (*See* Exhibit 17.)

63. No later than December 5, 2024, Botach had Chief Jones' cellphone number and had contacted him via cellphone. (*See* Exhibit 19.)

64. No later than December 5, 2024, Botach has Mayor Meiner's cellphone number and had contacted him via cellphone. (*See* Exhibit 20.)

**Botach's Trespass Statements**

65. On December 7, 2024, Botach posted on Twitter and wrote, in part, Grant the @fontainebleau its wish of having the hotel JUDENREIN, free of Jews who defend themesleves . . . Remember: they don't expel the would-be terrorists. Only the attacked Jews who dare resist . . . decide if you want to experience the Gehinnom-Hell I was just put through by the hotel for being a Jew." (*See* Exhibit 25.)

66. Along with the text of that December 7 post, Botach included four pictures. One of those pictures was a distorted excerpt of the Hotel's December 6 letter. Botach excised language from that letter so that the text he posted as an image read, "The Fontainebleau declines entry and service . . . please advise your client to refrain from entering onto Fontainebleau property under any circumstances." (Ellipses in original, *Id*.)

9

67. On December 7, 2024, Botach posted an image showing a portion of the Hotel's December 6 letter on Instagram. (*See* Exhibit 15.)

68. On December 8, 2024, two days after he was trespassed and one day after tweeting that he had been expelled from the Hotel, Botach posted a video of himself on Twitter. In that video, he stated, "I can't go to the Hotel. Too Jewish." (*See* Exhibits 21 and 22.)

**Botach's Deposition Testimony[2]**

69.  . (*See* Exhibit 33 at 109:4-14.)

70. (*Id.* at 254:12-15.)

71. ntary. (*Id.* at 231:18-22.)

72. . (*Id.* at 231:18-232:15.)

73. (*Id.* at 189:7-14; 190:17-20; 194:2-12; 202:1-17.)

74. (*Id.* at 204:7-24; 206:15-207:16.)

---

[2] Video clips of Defendant's deposition testimony cited herein are available here: https://www.dropbox.com/scl/fo/5tn7nmpsg3407g815ykuu/AGIvI6cHEnYyjJlYtmdQl2c?rlkey=mo1tj6x0by7tyzn80athk7r9i&st=79z3qj8y&dl=0

75.

. (*Id.* at 237:1-3, 242:24-243:21, 245:3-20.)

76.

(*Id.* at 337:5-338:24.)

77.

. (*Id.* at 281:2-19, 284:14-286:21.)

78. ism. (*Id.* at 32:6-7; 331:1-332:15.)

79.

(*Id.* at 335:25-336:1, 339.)

80.

(*Id.* at 336:20-22.)

81.

(*Id.* at 237:20-24.)

82.

(*Id.* at

251:15-18; 252:18-2.)

11

83.  (*Id.* at 253:15-17.)

84. . (*See* Exhibit 33 at 234:13-15.)

85. (*See* Exhibit 33 at 397:16-398:16.)

86. (*See* Exhibit 33 at 374:11-22.)

87. (*See* Exhibit 33 at 377:4-5.)

88. (*See* Exhibit 33 at 375:4-13.)

89. (*See* Exhibit 33 at 377:6-12.)

90. (*See* Exhibit 33 at 377:13-17; *see also id.* at 377:19-25.)

91. (*See* Exhibit 33 at 392:19-20), and



(*See* Exhibit 33 at 392:23-25),

(*See* Exhibit 33 at 393:4-7.)

92.

(*See* Exhibit 33 at 338:11-13.)

Dated: March 20, 2026
Miami, Florida

Respectfully submitted,

**BURSTYN LAW PLLC**
By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
Andrei F. Dambuleff, Esq.
Florida Bar No. 1021160
andrei.dambuleff@burstynlaw.com
1101 Brickell Avenue, Suite S700
Miami, FL 33131
Tel: (305) 204-9808

*Counsel for Plaintiff*
*Fontainebleau Florida Hotel, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2026, a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: /s/ *Andrei F. Dambuleff*
Andrei F. Dambuleff, Esq.