**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-20251-MOORE/Elfenbein

**FONTAINEBLEAU FLORIDA HOTEL, LLC**,

  Plaintiff,

 v.

**AKA SHMULEY BOTEACH JACOB**
**SHMUEL BOTACH**,

  Defendant.

_____/

**<u>ORDER GRANTING ATTORNEY'S FEES</u>**

  **THIS CAUSE** is before the Court on the Joint Notice of Stipulated Sum for Attorneys' Fees and Costs (the "Notice"). *See* ECF No. [161]. The Parties filed the Notice pursuant to the Court's Order on Plaintiff Fontainebleau Florida Hotel, LLC's ("Plaintiff") Motion for Sanctions (the "Order"), ECF No. [130]. In the Order, the Court awarded Plaintiff attorney's fees and costs and required that, "[i]f there is no dispute as to the amount of attorney's fees and costs, by March 27, 2026, Plaintiff shall file a Notice informing the Court that the Parties have stipulated to the amount, providing the stipulated sum for attorney's fees and costs." *See id*. at 16. On March 26, 2026, the Parties filed the Notice stipulating to attorney's fees and costs in the amount of $15,000.00. *See* ECF No. [61] at 1.

  Because the Notice indicates that there is no dispute regarding the amount of fees and costs due under the Court's Order, *see* ECF No. [130], the Court **AWARDS** Plaintiff $15,000.00 under Federal Rule of Civil Procedure 16(f). *See* Fed. R. Civ. P. 16(f). Defendant **SHALL** pay Plaintiffs $15,000.00 **no later than April 26, 2026**.

CASE NO. 25-CV-20251-MOORE/Elfenbein

**DONE AND ORDERED** in Chambers in Miami, Florida on March 30, 2026.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record

2