IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL,
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH, *a foreign limited liability*                CASE NO. 1:25-cv-20251-KMM
*company*,

       Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," *an*
*individual*, and John Doe,

       Defendants.

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Plaintiff Fontainebleau Florida Hotel, LLC ("Plaintiff" or "Hotel"), pursuant to Local Rule 5.4, moves for entry of an order directing the Clerk to seal exhibits 7, 8, and 9 to Plaintiff's Response to Defendant Jacob Shmuel Botach's Motion in Limine (ECF No. 152), and states as follows:

1. In accordance with this Court's March 3, 2025 (ECF 17) and March 3, 2026 (ECF 134) Orders, the parties filed their respective Motions in Limine (ECF No. 152 and 158) on March 20, 2026.

2. The Stipulated Protective Order enter by the Court ("Protective Order") (ECF 32), requires Plaintiff to follow Rule 5.4 of the Local Rules when filing documents designated as confidential. (ECF 32 ¶ 46.)

3. Rule 5.4 of the Local Rules requires a party to file a motion to file under seal the proposed sealed materials prior to filing such materials unredacted and additionally allows the party to file redacted versions of the materials. *See* S.D. Fla. L.R. 5.4(b)(1).

4.       Here, exhibits 7, 8, and 9 to Plaintiff's Response to Defendant Jacob Shmuel Botach's Motion in Limine (redacted versions which are filed contemporaneously herewith) contain information that Plaintiff believes may be required to be sealed because Defendant designated them as such under the Protective Order.

5.       The proposed sealed materials contain documents with confidentiality designations and/or characterizes such confidential information pursuant to Defendant's designation.

6.       Plaintiff respectfully requests that the Court maintain these exhibits under seal until the conclusion of this case and further order of the Court.

7.       A proposed order is enclosed as Exhibit 1.

## CONCLUSION

WHEREFORE, Plaintiff requests entry of an order GRANTING Plaintiff's Motion to File Exhibits Under Seal, and any other relief this Court deems appropriate.

<u>**CERTIFICATE OF CONFERRAL**</u>

Pursuant to Local Rule 7.1, on April 3, 2026, the undersigned counsel emailed and called counsel for Defendant Jacob Shmuel Botach. On April 3, 2026, counsel for Defendant advised that they will advise in due course. At the time of filing, they had not advised as to their position. Plaintiff will advise the Court upon notice of Defendant's position.

Dated: April 3, 2026
       Miami, Florida

Respectfully submitted,

**TODD R. FRIEDMAN, P.A.**

1101 Brickell Avenue
Suite S-700
Miami, FL 33131
(786)536-7190

By: */s/ Todd Friedman*
Todd R. Friedman, Esq.
Fla.Bar No.97919
todd@toddfriedmanpa.com

**BURSTYN LAW PLLC**

Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
docketing@burstynlaw.com
1101 Brickell Avenue
Suite S700
Miami, FL 33131
Tel: (305) 204-9808

*Counsel for Plaintiff*
*Fontainebleau Florida Hotel, LLC*
*d/b/a Fontainebleau Miami Beach*

3

## **CERTIFICATE OF SERVICE**

I certify that on April 3, 2026, a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: */s/ Todd Friedman*
Todd R. Friedman, Esq.