IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL,
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH, *a foreign limited liability*          CASE NO. 1:25-cv-20251-KMM
*company*,

      Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," *an*
*individual*, and John Doe,

      Defendants.

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Fontainebleau Florida Hotel, LLC ("Plaintiff" or "Hotel"), pursuant to Local Rule 5.4, moves for entry of an order directing the Clerk to seal Plaintiff's Response to Defendant Jacob Shmuel Botach's Motion for Summary Judgment (ECF No. 147) and its accompanying exhibits, and states as follows:

1.      In accordance with this Court's March 3, 2025 (ECF 17) and March 3, 2026 (ECF 134) Orders, the parties filed their respective Motions for Summary Judgment (ECF No. 147 and 154) on March 20, 2026.

2.      The Stipulated Protective Order enter by the Court ("Protective Order") (ECF 32), requires Plaintiff to follow Rule 5.4 of the Local Rules when filing documents designated as confidential. (ECF 32 ¶ 46.)

3.      Rule 5.4 of the Local Rules requires a party to file a motion to file under seal the proposed sealed materials prior to filing such materials unredacted and additionally allows the party to file redacted versions of the materials. *See* S.D. Fla. L.R. 5.4(b)(1).

4.    Here, Plaintiff's Response to Defendant's Motion for Summary Judgment and its accompanying exhibits contain information that must be sealed.

5.    The proposed sealed materials contain documents with confidentiality designations and/or characterizes such confidential information pursuant to Defendant's designation.

6.    Plaintiff respectfully requests that the Court maintain these exhibits under seal until the conclusion of this case and further order of the Court.

7.    A proposed order is enclosed as Exhibit 1.

### **CONCLUSION**

WHEREFORE, Plaintiff requests entry of an order GRANTING Plaintiff's Motion to File Under Seal, and any other relief this Court deems appropriate.

<u>**CERTIFICATE OF CONFERRAL**</u>

Pursuant to Local Rule 7.1, on April 7, 2026, the undersigned counsel conferred with counsel for Defendant Jacob Shmuel Botach who advised that Defendant has no objection to the relief requested in this motion.

Dated: April 9, 2026
      Miami, Florida

Respectfully submitted,

**BURSTYN LAW PLLC**

By: */s/ Andrei F. Dambuleff*
Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
docketing@burstynlaw.com
Andrei F. Dambuleff, Esq.
Florida Bar No. 1021160
andrei.dambuleff@burstynlaw.com
1101 Brickell Avenue
Suite S700
Miami, FL 33131
Tel: (305) 204-9808

*Counsel for Plaintiff*
*Fontainebleau Florida Hotel, LLC*
*d/b/a Fontainebleau Miami Beach*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April   9,   2026, a true and correct   copy   of   the   foregoing   was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: */s/ Andrei F. Dambuleff*
Andrei F. Dambuleff, Esq.