IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL,
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH, *a foreign limited liability*
*company*,

       Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," *an individual*,
and John Does 1-10,

       Defendants.

_____/

CASE NO. 2024-024127-CA-01

**DEFENDANT, JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH'S,"**
**ADDITIONAL FACTS IN SUPPORT OF DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Jacob Shmuel Botach a/k/a "Shmuley Boteach", (hereinafter "Defendant" or

"Hotel"), pursuant to Fed. R. Civ. P. 56, and Local Rule 56.1, files this Statement of Facts in

support of ITS Opposition to Plaintiff Fontainebleau Florida Hotel, LLC d/b/a

FOUNTAINEBLEU MIAMI BEACH's, Motion for Summary Judgment, and states:

[THIS SECTION LEFT INTENTIONALLY BLANK]

1

## ADDITIONAL FACTS

93.     Defendant incorporates its Statement of Facts filed in support of Defendant's Motion for Summary Judgment and will refer to that Statement of Facts by citation in his Response in Opposition to Plaintiff's Motion for Summary Judgment. (DE 149).

94.     Plaintiff's Reputation Management Expert, Shannon Wilkinson, prepared a Witness Damages Assessment, ("Report") which Defendant previously filed as Exhibit 11 to DE 149.

95.     In her Report, Ms. Wilkinson opines, in part, that:

For a world-famous brand like the Fontainebleau Miami Hotel, any significant negative media coverage and social media attacks must be countered with an extensive strategic image and messaging campaign reinforcing the hotel's trusted brand.

Rabbi Shmuley Boteach is an influential public figure. His brand combines significant public credibility-rooted in global media visibility, best-selling authorship, and influential advocacy-with a substantial annual dollar value due t the size and quality of his platform.
…
He [Rabbi Shmuley] is recognized as "America's Rabbi," a description endorsed by major outlets such as The Washington Post and Newsweek, which have called hi "the most famous Rabbi in America."

His words and actions carry the weight, gravitas and influence of a powerful, religious leader and celebrity with a broad and wide following, any representative of the Jewish community that forms a key segment of the Fontainebleau Miami Hotel's clientele.
…

*Id.* at p. 4.

The Fontainebleau Miami Beach Hotel is internationally recognized for its groundbreaking architecture, luxurious ambiance, and enduring cultural significance.

A $1 billion renovation in 2008, along with its addition to the national Register of Historic Places, reinforced the hotel's status as a timeless American icon.

*Id.* at p. 5.

2

96.     Ms. Wilkinson's Report also assess Defendant's "Celebrity, Media & Social Media

Impact and Reach. Id. at p. 6. She determined that his credibility was based on:

- **Media Visibility**: Regular television and radio guest, with appearances spanning major platforms like Oprah, The Today Show, CNN, Fox News, MSNBC, and Good Morning America.
- **Prolific Author**: Boteach has written 36 books (many best-sellers), serialized and translated globally into 20+ languages, reinforcing his internation reach and cultural influence.
- **Thought Leadership**: Cited as a leading defender of Israel and as on the most influential rabbis in America and the world by *Newsweek*, *The Jerusalem Post*, and others.
- **Relationship & Values Expertise**: Frequently engaged for expert commentary on relationships, ethics, and faith, bridging mainstream and religious audiences.
- **Founder**: Executive director of The World Values Network, organizing major global events and advocacy campaigns.
- **Influence Across Spheres**: Known for celebrity connections and direct engagement with political, entertainment, and business leaders.

…

- **High profile public intellectual**; recognized by *Newsweek*, *The Jerusalem Post*, and *The Washington Post* as a leading rabbinic figure.
- Subject of debate and media coverage—seen as both inspirational and, at times, polarizing, which amplifies public awareness.
- Trusted by a substantial segment of the Jewish and interfaith communities, yet also a figure of controversy, which fuels brand visibility and news value.

*Id.* at pp 7-8.

97.     The Report further recognizes certain media publications and TV news appearances

by Defendant in a section titled "Media Commentary Against Fontainebleau Miami Hotel by Rabbi

Boteach. *Id.* at p. 9.

98.     On or around January 3, 2023, Botach was at the lobby of the Fontainebleau Hotel

where three men approached, harassed and threatened him.  Tr. of Jacob Botach Dep., Ex. 33 to

ECF No. 155, at 32:5-10.

99.     Following the 2023 incident, Botach reached out to Philip Goldfarb, an executive

officer of Fontainebleau. *Id.*

100. Mr. Goldfarb apologized for the situation and the hotel's securities response and ensured that the security will be appropriately trained. *Id.* at 32:13-34-6; 36:6-37:16. Mr. Goldfarb arranged for Botach to meet with Hotel director, Patrick Fisher. *Id.* at 33:6-14.

101. Botach and Fisher thereafter met at the coffee café, Chez Bon Bon, located at the Hotel on January 26, 2023. Tr. of Patrick Fisher Depo., Ex. 39 to ECF No. 155, at. 28:4-19.

102. Mr. Fisher could not recall exact specifics of the conversation with Botach, but remembered that it was "a nice conversation." *Id.* at 28:22-29:24.

103. Mr. Fisher did not recall "offhand" whether the Hotel offered Botach pool passes. *Id.* at 35:25-36:2.

104. Botach received lifetime passes to the Hotel's facilities following the incident. Tr. Dep. Jacob Botach, Ex. 33, at 101:9-102:16; *Id.* at 107:1-109:6. In exchange for the passes, Botach agreed to not mention on social media that the attack occurred at the Hotel. *Id.*

105. The passes were issued by or at the direction of Hotel management and were presented to Botach as an expression of the Hotel's relationship with him. *Id.* at 101:16-102:16; 107:305.

106. On the evening of December 1, 2024 through the early morning of December 2, 2024, Mr. Botach was sitting on the couch of the Hotel lobby where he was verbally attacked by the Hotel's guest, Faiz Akbar. *See* Hotel's Lobby Surveillance Video, Ex. 1 to ECF No. 155.

107. At approximately 11:11 PM, Mr. Akbar sits on a couch adjacent to Botach, and at approximately 11:13 PM, he suddenly stands and approaches Botach, standing over him for approximately one and one-half minutes. *Id.* No Fontainebleau security intervened. *Id.* Mr. Akbar then left the hotel lobby. *Id.*

108. At approximately 11:27 PM, Mr. Akbar returned to the lobby and sat at a bar, where he remained until he apparently left the premises at approximately 11:34 PM. *Id.*

109. At approximately 12:05 AM, now on December 2, 2024, Mr. Akbar returned to the lobby. *Id.* Without provocation, Mr. Akbar again aggressively approached Botach, who remained seated on a lobby couch working on his laptop. *Id.*

110. Fearing for his safety, Botach stood up and began recording the attack on his cell phone. *Id.*; Ex. 2 to ECF No. 155.

111. During this second encounter, Mr. Akbar made various violent and antisemetic threats to Botach. *Id.*

112. Approximately two minutes into the interaction, Fontainebleau security responded. Ex. 1 to ECF No. 155.

113. Botach provided the video of the December 2024 attack to Mr. Goldfarb within hours. Dep. Jacob Botach, Ex. 33, at 57:2-7; 57:24-58:2. Botach received no response. *Id.*

114. Following the incident, Mr. Jeffrey Soffer, who owns a controlling interest in Plaintiff, sought Miriam Adelson to mediate a resolution between the Hotel and Botach. Ms. Adelson was one of Botach's top donors for the last 20 years. *Id.* at 224:15-23.

115. Beginning around December 9, 2024, Mr. Soffer told Ms. Adelson that Botach provoked the altercation with Akbar, that Mr. Botach was a shakedown artist, and that Botach ate a non-kosher meal at the Hotel. *Id.* at 168:10-19; 188:17-190:16.

116. Mr. Soffer made similar statements to Moshe Levi and Simon Falic. *Id.* at 204:7-205:18; 211:1-19.

117. Following these statements, Adelson ceased contributing to Botach's cause. *Id.* at 228:20-229:11.

118.    The Hotel's corporate representative testified as follows:

Q:    Is it the policy of the hotel to decline entry of anybody who's threatening litigation?

A:    It's, it's the policy of the hotel, yes. But it's also -- this was based on Mr. Boteach's behavior with the social media posts and the -- just everything he was saying in the media about our security officer, threatening the $100,000,000 lawsuit. And yes, it would be something that we would issue a trespass warning for.

Q:    Has the hotel entered trespass warrants against individuals under similar circumstances in the past?

A:    I don't know. I would imagine, yes.

Ex. 38 to ECF No. 155, Tr. of  Brian Carpenter Depo, at 67:2-12 (emphasis added).

119.    Following the incident, Mr. Akbar was permitted to stay at the Hotel. *Id.* at 131:25-132:4.

120.    Due to Jeffrey Soffer's statements to Adelson and others, WVN has been unable to pay for Botach's salary and expenses. Tr. of Jacob Botach Dep., Ex. 33 to ECF No. 155, at 167:6-

Respectfully submitted this 10th day of April, 2026.

| | |
|---|---|
| */s/ Austin M. Krtausch* | */s/ John Y. Benford* |
| Christopher D. Cathey, Esq. | John Y. Benford, Esquire |
| Florida Bar No. 663255 | Florida Bar No. 51950 |
| chris.cathey@offitkurman.com | john.benford@wilsonelser.com |
| Austin M. Krtausch, Esq. | alyssa.heitman@wilsonelser.com |
| Florida Bar No. 1025521 | Jacqueline M. Bertelsen, Esquire |
| austin.krtausch@offitkurman.com | Florida Bar No. 123747 |
| Offit Kurman, P.A. | jacqueline.bertelsen@wilsonelser.com |
| 100 SE Third Ave, 10th Floor | daniela.ezeta@wilsonelser.com |
| Ft. Lauderdale, FL 33394 | Wilson Elser Moskowitz Edelman & Dicker LLP |
| Phone: 954-353-4180 | 111 N. Orange Avenue, Suite 1200 |
| *Counsel for Counter-Plaintiff, Botach* | Orlando, FL 32801 |
| | Telephone:  407-203-7599 |
| | *Counsel for Defendant, Jacob Shmuel Botach* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, the foregoing document was filed using the CM/ECF system for the United States District Court, Southern District of Florida, which will send electronic notice of the foregoing to all counsel of record.

/s/ *Austin M. Krtausch*
Christopher D. Cathey, Esq.
Florida Bar No. 663255
chris.cathey@offitkurman.com
Austin M. Krtausch, Esq.
Florida Bar No. 1025521
austin.krtausch@offitkurman.com
Offit Kurman, P.A.
100 SE Third Ave, 10th Floor
Ft. Lauderdale, FL 33394
Phone: 954-353-4180
*Counsel for Counter-Plaintiff, Botach*

/s/ *John Y. Benford*
John Y. Benford, Esquire
Florida Bar No. 51950
john.benford@wilsonelser.com
alyssa.heitman@wilsonelser.com
Jacqueline M. Bertelsen, Esquire
Florida Bar No. 123747
jacqueline.bertelsen@wilsonelser.com
daniela.ezeta@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 N. Orange Avenue, Suite 1200
Orlando, FL 32801
Telephone:  407-203-7599
*Counsel for Defendant, Jacob Shmuel Botach*