**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FONTAINEBLEAU FLORIDA HOTEL, LLC
 d/b/a FONTAINEBLEAU MIAMI BEACH,
 Plaintiff,

v.                                                                Case No. 1:25-cv-20251-KMM

JACOB SHMUEL BOTACH
 a/k/a "SHMULEY BOTEACH," et al.,
 Defendants.
 _____/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION [ECF NO. 233] AND FOR LEAVE TO FILE EXCESS PAGES**

Defendant Jacob Shmuel Boteach ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully moves for a nine (9)-day extension of time up to and including August 21, 2026, within which to file his objections to the Report and Recommendation on Plaintiff's Motion for Sanctions, ECF No. [233] (the "Report and Recommendation"), and (2) leave to file excess pages not to exceed thirty (30) pages.

1.      On July 29, 2026, Magistrate Judge Elfenbein entered an extensive Report and Recommendation on Plaintiff's Motion for Sanctions, recommending the most serious sanctions available for Defendant's social media posts. *See generally* ECF No. 233. Specifically, Judge Elfenbein recommended that Defendant's Answer and Affirmative Defenses be stricken, that default judgment be entered against Defendant as to liability on Plaintiff's First Amended Complaint, and that Defendant's Counterclaim be dismissed with prejudice. *Id.*

2.      Pursuant to Local Magistrate Rule 4(b), the Parties have fourteen (14) days from service of the Report and Recommendation within which to file written objections.

3.      Defendant's objections are therefore presently due on or before August 12, 2026.

4. The Report and Recommendation spans forty-seven (47) pages and addresses an extensive factual record, considers nine separate challenged social-media publications, the applicability of Federal Rule of Civil Procedure 16(f), the Court's inherent authority, and the availability of case-dispositive sanctions. Given the length and complexity of the Report and Recommendation and the severity of the recommended sanctions, undersigned counsel requires additional time to review the full record, confer with Defendant, and prepare objections that meaningfully assist the Court in its de novo review.

5. Moreover, Local Magistrate Rule 4(b), both provide that any objection to a Magistrate Judge's report and recommendations shall not exceed 20 pages absent "prior permission from the Court."

6. Given the breadth of the Report and Recommendation, and its case-dispositive effect, Defendant respectfully submits that the twenty-page limitation is insufficient to adequately address each recommendation and the record supporting it.

7. Defendant therefore requests leave to file objections not to exceed thirty (30) pages, an increase of ten pages, so that he may fairly and completely present his objections for this Court's review.

8. Based on the foregoing, Defendant respectfully requests this Court enter an Order (i) extending Defendant's Deadline to File his Objection to the Report and Recommendation through and including August 21, 2026 and (ii) granting Defendant leave to file objections not to exceed thirty (30) pages.

| | |
|---|---|
| */s/ John Y. Benford* | */s/ Christopher D. Cathey* |
| John Y. Benford, Esq. | Christopher D. Cathey, Esq. |
| Florida Bar No. 51950 | Florida Bar No. 663255 |
| john.benford@wilsonelser.com | chris.cathey@offitkurman.com |
| alyssa.heitman@wilsonelser.com | Austin M. Krtausch, Esq. |
| Christopher W. Lee, Esq. | Florida Bar No. 1025521 |
| Florida Bar No. 122054 | austin.krtausch@offitkurman.com |
| christopher.lee@wilsonelser.com | Offit Kurman, P.A. |
| Wilson Elser Moskowitz Edelman | 100 SE Third Ave, 10th Floor |

& Dicker LLP
111 N Orange Ave, Suite 1200
Orlando, FL 32801
Phone: 407-203-7599
Co-Counsel for Defendant

Fort Lauderdale, FL 33394
Phone: 954-353-4180
Co-Counsel for Defendant

## LR 7.1(a)(3) CERTIFICATE

I HEREBY CERTIFY that beginning on August 10, 2026, the Parties' counsel conferred via numerous emails with respect to this motion. Despite the good faith effort, the Parties were unable to reach a resolution. Plaintiff opposes the requested relief.

*/s/ Austin M. Krtausch*
Austin M. Krtausch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system and that all counsel of record received an electronic copy.

*/s/ Austin M. Krtausch*
Austin M. Krtausch