**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FONTAINEBLEAU FLORIDA HOTEL, LLC
 d/b/a FONTAINEBLEAU MIAMI BEACH,
 Plaintiff,

v.                                                            Case No. 1:25-cv-20251-KMM

JACOB SHMUEL BOTACH
 a/k/a "SHMULEY BOTEACH," et al.,
 Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION AND FOR LEAVE TO FILE EXCESS PAGES

THIS CAUSE having come before the Court on Defendant Jacob Shmuel Botach's ("Defendant") Motion for Extension of Time to File Objections to Report and Recommendation and for Leave to File Excess Pages (the "Motion"). Having considered the motion, it is hereby ORDERED and ADJUDGED:

1.      Defendant's Motion is GRANTED.

2.      Defendant shall file his Objection to the Report and Recommendation on Plaintiff's Motion for Sanctions [ECF No. 233] on or before August 21, 2026.

3.      Defendant's Objection shall not exceed thirty (30) pages.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of August 2026.

_____
K. Michael Moore
United States District Judge