IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL, LLC
d/b/a FONTAINEBLEAU MIAMI BEACH, *a foreign limited liability company*,

CASE NO. 1:25-cv-20251-KMM

*Plaintiff*,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," *an individual*,
and John Does 1-10,

*Defendants*.
________________________________________/

**NOTICE OF WITHDRAWAL OF PLAINTIFF FONTAINEBLEAU FLORIDA HOTEL, LLC'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

NOTICE IS GIVEN that Plaintiff Fontainebleau Florida Hotel, LLC d/b/a Fontainebleau Miami Beach's ("Plaintiff") **WITHDRAWS** its Motion for Leave to File Document Under Seal (ECF No. 241) ("Motion").

Dated: August 27, 2026
Miami, Florida

Respectfully submitted,

**BURSTYN LAW PLLC**

By: /s/ *Andrei F. Dambuleff*
Andrei F. Dambuleff, Esq.
Florida Bar No. 1021160
andrei.dambuleff@burstynlaw.com
docketing@burstynlaw.com
1101 Brickell Avenue, Suite S-700
Miami, Florida 33131
Tel: (305) 204-9808

*Counsel for Plaintiff*
*Fontainebleau Florida Hotel, LLC*
*d/b/a Fontainebleau Miami Beach*

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: /s/ *Andrei F. Dambuleff*
Andrei F. Dambuleff, Esq.