**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
ATTORNEYS AT LAW
4651 PONCE DE LEON BOULEVARD
SUITE 200
CORAL GABLES, FLORIDA 33146

MIAMI OFFICE:
4651 PONCE DE LEON BOULEVARD
CORAL GABLES, FLORIDA 33146
TELEPHONE: (305) 460-9888
FACSIMILE: (305) 460-9889
WEBSITE: WWW.NICKLAUSLAW.COM

September 2, 2026

***Via Email at:*** sean.burstyn@burstynlaw.com
**Sean Alexander Burstyn, Esq.**
**Burstyn Law PLLC**
1101 Brickell Avenue - Ste S700
Miami, FL 33131
(305)-204-9808

| | |
|---|---|
| **RE** | **: Fontainebleau Florida Hotel, LLC v. Shmuley Boteach** |
| **Case No.** | **: 1:25-cv-20251-KMM** |
| **Our file** | **: 1683.056** |
| **Date of Loss** | **: 12/02/2024** |

Dear Sean,

I appreciate you taking the time to speak with me. You asked me to send you a brief memo based on the two issues that I have.

1. To request the Court's permission to file a brief limited "Surreply" or "Reply" to the pending briefing concerning the Defendant's objections to the Magistrates Report and Recommendations to Judge Moore. As discussed, the quote, as reported to me new topic is "the attack" in regard to a children's school. If the Court grants our request, the response would be very limited. If you agree, please let me know. As we discussed, there is more to it but this is the brief memo that I have to respond to you at this point as we are getting more familiar with this matter.

2. I would request you and your Client's agreement with respect to my personal pre-planned family vacation which I have committed a significant amount of money to, and a continuance of the trial date which we understand is December 14, 2026. As you know, we just were retained in this matter because of Mr. Benford's apparent conflict for which he has asked the Court's permission to withdraw, which is pending if I am correct about this. My personal pre-planned vacation was contracted and paid for prior to us being aware of this case and involves the dates of December 17 through December

21, 2026. Of course, our getting familiar with this matter which has been litigated for a long period of time will take us some period of time.

As you know, we just noticed our appearance and became aware of this matter within the last few weeks and are receiving pleadings and materials which will take some time, and that is why we are asking for the continuance. I assure you this is not for the purposes of delay.

Please let me know as soon as possible whether you and your Client agree to the two above requests. Of course, our discussions were much lengthier but due to the exigence of time this is the memo that I could generate at this time.

Respectfully,

Ed Nicklaus, Esq.

ERN: rb

**Rosaminda Perez**

---

| | |
|---|---|
| **From:** | Roger Roche |
| **Sent:** | Thursday, September 3, 2026 3:16 PM |
| **To:** | sean.burstyn@burstynlaw.com; andrei.dambuleff@burstynlaw.com; chris@ajizianlaw.com; todd@toddfriedmanpa.com |
| **Cc:** | Eddy Nicklaus; P. Brandon Perkins; [redacted]; austin.krtausch@offitkurman.com; Ryan Boyd; chris.cathey@offitkurman.com; John.Benford@wilsonelser.com; christopher.lee@wilsonelser.com |
| **Subject:** | RE: 1683.056 Fontainebleau v. Rabbi Shmuley \| Claim No. 092024095429 |

Hi Sean,

Following up on Mr. Nicklaus's request from yesterday, let us know Plaintiff's position on the proposed motion for leave to file a limited reply and the motion to continue the December trial.

Thanks,

Roger A.G. Roche, Esq.
Nicklaus, Nicklaus & Associates, P.A.
4651 Ponce De Leon Blvd., Suite 200
Coral Gables, Florida 33146
(305) 460-9888
(305) 460-9889 Facsimile
rogerr@nicklauslaw.com

---

**From:** Ryan Boyd <ryanb@nicklauslaw.com>
**Sent:** Wednesday, September 2, 2026 1:26 PM
**To:** sean.burstyn@burstynlaw.com; andrei.dambuleff@burstynlaw.com; chris@ajizianlaw.com; todd@toddfriedmanpa.com
**Cc:** Eddy Nicklaus <eddyn@nicklauslaw.com>; P. Brandon Perkins <Bperkins@nicklauslaw.com>; Roger Roche <rogerr@nicklauslaw.com>; [redacted]; austin.krtausch@offitkurman.com; chris.cathey@offitkurman.com; John.Benford@wilsonelser.com; christopher.lee@wilsonelser.com
**Subject:** 1683.056 Fontainebleau v. Rabbi Shmuley | Claim No. 092024095429

Good afternoon Mr. Burstyn,

Please see the attached memo from Mr. Edward Nicklaus regarding the issues that you previously discussed over the phone.

Thank you,

Ryan Boyd
Paralegal
Nicklaus, Nicklaus & Associates, P.A.
4651 Ponce de Leon Boulevard
Suite 200
Coral Gables, Florida 33146
(305) 460-9888 Telephone
(305) 460-9889 Facsimile

ryanb@nicklauslaw.com