UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-CV-20251-KMM

FONTAINEBLEAU FLORIDA HOTEL,
LLC d/b/a FONTAINEBLEAU MIAMI
BEACH, *a foreign limited liability company,*

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," *an individual*,
And JOHN DOES 1-10,

Defendants.
______________________________/

**AFFIDAVIT OF EDWARD R. NICKLAUS IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL AND ASSOCIATED PRETRIAL DATES**

STATE OF FLORIDA )
)
MIAMI-DADE COUNTY )

BEFORE ME, the undersigned authority, personally appeared EDWARD R. NICKLAUS, who, being duly sworn, states:

1. My name is EDWARD R. NICKLAUS. I am over the age of eighteen, competent to make this Affidavit, and have personal knowledge of the matters stated herein.
2. I am an attorney licensed to practice law in the State of Florida and am a managing partner of Nicklaus, Nicklaus & Associates, P.A.

3. Defendant JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH" recently retained my firm to represent him in defending against Plaintiff's affirmative claims and to undertake the anticipated transition of that representation from Wilson Elser Moskowitz Edelman & Dicker LLP.

4. Before my firm was retained, and before I had any involvement in this action, I planned, booked, and prepaid a family trip scheduled from December 14 through December 22, 2026.

5. This trip is a significant, preexisting family commitment. I will be traveling with my family and will be unavailable to appear for trial from December 14 through December 22, 2026.

6. Those dates overlap the opening nine days of the two-week trial period beginning December 14, 2026.

7. The family trip and related travel arrangements were made and paid for before Defendant retained my firm. At the time those arrangements were made, I had no involvement in this action and no reason to anticipate that I would later be retained as Defendant's lead trial counsel for a trial period beginning December 14, 2026.

8. The conflict was not created for purposes of delaying trial. My firm disclosed the conflict promptly after being retained and is requesting a continuance at the earliest practical opportunity.

9. A limited continuance is necessary so that I may honor this preexisting family commitment and remain available to fulfill my responsibilities as Defendant's lead trial counsel throughout the rescheduled trial period.

**FURTHER AFFIANT SAYETH NAUGHT.**

**EDWARD R. NICKLAUS**

Sworn to and subscribed before me by means of ✓ physical presence or ___ online notarization this 3rd day of September 2026, by Edward R. Nicklaus, who is ✓ personally known to me or ___ produced ________________ as identification.

**NOTARY PUBLIC, State of Florida**
Print Name: Rosaminda Perez
Commission No.: HH 753504
My Commission Expires: 05/05/2030

ROSAMINDA PEREZ
MY COMMISSION # HH 753504
EXPIRES: May 5, 2030