**From:** [redacted]
**To:** Roger Roche
**Cc:** Edward Nicklaus; P. Brandon Perkins; Ryan Boyd
**Subject:** Re: Fontainebleau v. Botach | Claim No. 092024095429 | 1683.056
**Date:** Thursday, September 03, 2026 3:52:38 PM

---

Yes, I confirm. Please file. And well done. I am very grateful and Gd bless you.

Rabbi Shmuley

- - - - - - -

This email may have been dictated and unchecked before being sent, so please excuse errors.

> On Sep 3, 2026, at 9:37 PM, Roger Roche <rogerr@nicklauslaw.com> wrote:
>
> Good afternoon Mr. Botach,
>
> Attached are copies of the proposed motion for leave to file a limited reply and motion to continue the December trial.
>
> As Mr. Nicklaus previously requested, please provide your written authorization for us to file the motion to continue. A brief confirmation by return email is sufficient.
>
> Best,
>
> Roger A.G. Roche, Esq.
> Nicklaus, Nicklaus & Associates, P.A.
> 4651 Ponce De Leon Blvd., Suite 200
> Coral Gables, Florida 33146
> (305) 460-9888
> (305) 460-9889 Facsimile
> rogerr@nicklauslaw.com
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.
>
> <2026.09.02 - Defendant's Motion to Continue the Trial Date.docx>

<2026.09.01 - Defendant's Request to File Reply or Motion to Strike.docx>

**Worldvalues.us** | **(212) 634-7777**
**Donate**
**Watch The Video About Our Organization: Click here**