**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

1. *Fontainebleau Florida Hotel, LLC v. Botach*, Case No. 1:25-cv-20251-KMM

**ORDER OF REASSIGNMENT**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of September 25, 2026, for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of September, 2026.

K. Michael Moore

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record