# EXHIBIT C.33

**Rabbi Shmuley**
@RabbiShmuley

Counsel Todd Friedman kept Rabbi Shmuley in deposition well beyond the seven-hour limit imposed by Federal Rule of Civil Procedure 30(d)(1), absent stipulation or court order.
He kept him in a tiny room, insinuating that Rabbi Shmuley — not the Islamist who threatened to murder him — was in danger.
Friedman then showed Rabbi Shmuley a video of his dying father in his underwear.
Tomorrow, Judge Elfenbein will determine whether Friedman gets even more time to torment Rabbi Shmuley.
Given their alleged friendship, we know how that ruling will go.
TOMORROW, JUDGE ELFENBEIN DECIDES.




Made with AI

5:55 PM · Oct 6, 2026 · **1,763** Views

# EXHIBIT C.34

**Rabbi Shmuley**
@RabbiShmuley

Judge Marty Elfenbein in an actual photo with Fontainebleau lead counsel Sean Burstyn, which she failed to disclose and now refuses to recuse herself.
This raises serious questions of bias in her catastrophic ruling against Rabbi Shmuley after he was threatened with murder by an Islamist.
"Injustice anywhere is a threat to justice everywhere."
— Martin Luther King Jr.




4:21 PM · Oct 6, 2026 · **1,624** Views

# EXHIBIT C.35



**Rabbi Shmuley**
@RabbiShmuley

"When the judges were the themselves being judged…." Why Magistrate Judge Elfenbein Should Recuse

The issue is not whether Magistrate Judge Maritza Elfenbein believes she can remain impartial. Federal recusal law also protects the appearance of impartiality. Under 28 U.S.C. § 455(a), a federal judge must disqualify herself whenever her "impartiality might reasonably be questioned."

Here, the circumstances warrant serious scrutiny. At Judge Marty Fulgueira Elfenbein's investiture, Lindsey Lazopoulos Friedman—the wife of Fontainebleau attorney Todd Friedman—was listed on the official program as giving a "Presentation." The program also identifies members of Judge Elfenbein's family as participants. That is evidence of a connection significant enough to require disclosure and examination; the precise nature and closeness of the relationship should be established rather than assumed.

Todd Friedman represents interests adverse to Rabbi Shmuley Boteach in highly contentious federal litigation. Rabbi Shmuley alleges that Friedman subjected him to an extraordinarily lengthy deposition and engaged in other conduct that has itself become disputed. Judge Elfenbein has been called upon to make consequential rulings involving that litigation and counsel.

The legal standard does not require proof that Judge Elfenbein is actually biased. The question is whether a reasonable, fully informed observer could question her impartiality given the relationship involving opposing counsel's spouse and the judge. The judiciary's legitimacy depends not merely upon actual fairness, but upon the public's confidence that proceedings are free from relationships that reasonably create an appearance of partiality.

At minimum, the relationship should have been fully disclosed so the parties could evaluate it. Given the significance of the connection reflected in the investiture program and the intensely contested proceedings involving Todd Friedman, the strongest remedy is recusal and reassignment to a magistrate judge with no comparable connection to counsel or their immediate families.




Made with AI

4:38 AM · Oct 7, 2026 · **1,151** Views

# EXHIBIT C.36

Rabbi Shmuley Boteach
AI content · 11 hours ago ·

"When the judges were the themselves being judged…." Why Magistrate Judge Elfenbein Should Recuse

The issue is not whether Magistrate Judge Maritza Elfenbein believes she can remain impartial. Federal recusal law also protects the appearance of impartiality. Under 28 U.S.C. § 455(a), a federal judge must disqualify herself whenever her "impartiality might reasonably be questioned."

Here, the circumstances warrant serious scrutiny. At Judge Marty Fulgueira Elfenbein's investiture, Lindsey Lazopoulos Friedman—the wife of Fontainebleau attorney Todd Friedman—was listed on the official program as giving a "Presentation." The program also identifies members of Judge Elfenbein's family as participants. That is evidence of a connection significant enough to require disclosure and examination; the precise nature and closeness of the relationship should be established rather than assumed.

Todd Friedman represents interests adverse to Rabbi Shmuley Boteach in highly contentious federal litigation. Rabbi Shmuley alleges that Friedman subjected him to an extraordinarily lengthy deposition and engaged in other conduct that has itself become disputed. Judge Elfenbein has been called upon to make consequential rulings involving that litigation and counsel.

The legal standard does not require proof that Judge Elfenbein is actually biased. The question is whether a reasonable, fully informed observer could question her impartiality given the relationship involving opposing counsel's spouse and the judge. The judiciary's legitimacy depends not merely upon actual fairness, but upon the public's confidence that proceedings are free from relationships that reasonably create an appearance of partiality.

At minimum, the relationship should have been fully disclosed so the parties could evaluate it. Given the significance of the connection reflected in the investiture program and the intensely contested proceedings involving Todd Friedman, the strongest remedy is recusal and reassignment to a magistrate judge with no comparable connection to counsel or their immediate families. See less









Invocation: Rabbi Rachel Greengrass

Opening Remarks: The Honorable Cecilia M. Altona[illegible]
Chief United States District Judge
Southern District of Florida

The Family's Welcome: [illegible] Elfenbein
Land[illegible]
Jake Elfenbein

Presentations: Lindsey Lazopoulos Friedman
Assistant United States Attorney
United States Attorney's Office

Stephanie Turk, Esq.
Shareholder, Stearns Weaver Miller
President, Federal Bar Association

Oath of Office: The Honorable Beth Bloom
United States District Judge
Southern District of Florida

Enrobing: Marta Fulgueira
Jose Luis Fulgueira
Maria Gabriela Pozo
Maria Eugenia Fulgueira



Invocation: Rabbi Rachel Greengrass

Opening Remarks: The Honorable Cecilia M. Altona[illegible]
Chief United States District Judge
Southern District of Florida

The Family's Welcome: [illegible] Elfenbein
Land[illegible]
Jake Elfenbein

Presentations: Lindsey Lazopoulos Friedman
Assistant United States Attorney
United States Attorney's Office

Stephanie Turk, Esq.
Shareholder, Stearns Weaver Miller
President, Federal Bar Association

Oath of Office: The Honorable Beth Bloom
United States District Judge
Southern District of Florida

Enrobing: Marta Fulgueira
Jose Luis Fulgueira
Maria Gabriela Pozo
Maria Eugenia Fulgueira

2 2

# EXHIBIT C.37

**Rabbi Shmuley Boteach**
11 hours ago ·

"When the judges were the themselves being judged…." Why Magistrate Judge Elfenbein Should Recuse

The issue is not whether Magistrate Judge Maritza Elfenbein believes she can remain impartial. Federal recusal law also protects the appearance of impartiality. Under 28 U.S.C. § 455(a), a federal judge must disqualify herself whenever her "impartiality might reasonably be questioned."

Here, the circumstances warrant serious scrutiny. At Judge Marty Fulgueira Elfenbein's investiture, Lindsey Lazopoulos Friedman—the wife of Fontainebleau attorney Todd Friedman—was listed on the official program as giving a "Presentation." The program also identifies members of Judge Elfenbein's family as participants. That is evidence of a connection significant enough to require disclosure and examination; the precise nature and closeness of the relationship should be established rather than assumed.

Todd Friedman represents interests adverse to Rabbi Shmuley Boteach in highly contentious federal litigation. Rabbi Shmuley alleges that Friedman subjected him to an extraordinarily lengthy deposition and engaged in other conduct that has itself become disputed. Judge Elfenbein has been called upon to make consequential rulings involving that litigation and counsel.

The legal standard does not require proof that Judge Elfenbein is actually biased. The question is whether a reasonable, fully informed observer could question her impartiality given the relationship involving opposing counsel's spouse and the judge. The judiciary's legitimacy depends not merely upon actual fairness, but upon the public's confidence that proceedings are free from relationships that reasonably create an appearance of partiality.

At minimum, the relationship should have been fully disclosed so the parties could evaluate it. Given the significance of the connection reflected in the investiture program and the intensely contested proceedings involving Todd Friedman, the strongest remedy is recusal and reassignment to a magistrate judge with no comparable connection to counsel or their immediate families. See less






| | |
|---|---|
| Invocation: | Rabbi Rachel Greengrass |
| Opening Remarks: | The Honorable Cecilia M. Altonaga<br>Chief United States District Judge<br>Southern District of Florida |
| The Family's Welcome: | Danny Elfenbein<br>Landon Elfenbein<br>Jake Elfenbein |
| Presentations: | Lindsey Lazopoulos Friedman<br>Assistant United States Attorney<br>United States Attorney's Office |
| | Stephanie Turk, Esq.<br>Shareholder, Stearns Weaver Miller<br>President, Federal Bar Association |
| Oath of Office: | The Honorable Beth Bloom<br>United States District Judge<br>Southern District of Florida |
| Enrobing: | Marta Fulgueira<br>Jose Luis Fulgueira<br>Maria Gabriela Pozo<br>Maria Eugenia Fulgueira |

1 2

# EXHIBIT C.38

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FONTAINEBLEAU MIAMI BEACH, a foreign limited liability company,

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH," an individual, and JOHN DOES 1-10,

Defendants.
_______________________________/

**DECLARATION OF JACOB SHMUEL BOTACH**

I, Rabbi Jacob Shmuel Botach, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. My name is Rabbi Jacob Shmuel Botach. I am popularly known as Rabbi Shmuley Boteach, or "Rabbi Shmuley."

2. I am over the age of eighteen (18) and am competent to testify in this matter. This declaration is based on my personal knowledge.

3. I am making this Declaration to correct Plaintiff's mischaracterizations, misstatements, and incomplete facts regarding my medical condition and conduct related to my deposition in this matter which Plaintiff made in its Motion for Extension of Leave to Conduct One Out-of-Period Deposition (ECF No. 118).

4. Specifically, Plaintiff has identified the following social media posts:

(a) Cycling in Times Square, New York (September 25 and October 6, 2025)
(b) Kayaking (September 28, 2025)

Case 1:25-cv-20251-KMM Document 172-1 Entered on FLSD Docket 02/09/2026 Page 9 of 21

(c) Dining at a restaurant in Miami (October 22, 2025)
(d) Moving on stage in New Jersey (Plaintiff labeled as New York) (December 15, 2025)
(e) Standing on an ice rink (December 21, 2025)

Plaintiff has also asserted that I was visiting Miami days before February 9, 2026.

5. I have been, at all times, willing to appear for deposition near my home in New Jersey or New York or by remote means. I have offered that remote deposition, which my attorneys conducted with Plaintiffs witnesses each time, without hesitation. However, Plaintiff insists on an in-person deposition in Miami, Florida.

6. In September of 2024 I was involved in an accident which caused vertebral compression fractures in my lumbar spine.

7. My physicians have generally recommended surgery, which I understand can require 6-12 months of recovery, which I cannot commit to due to my professional obligations. Besides, it's obvious that if I can avoid back surgery, I will do so, God willing.

8. In an effort to avoid surgery, I am under the care of a physician, Dr. Joseph Lee, MD, of Mount Sinai Hospital in New York, who has instructed me to receive regular lumbar injections when my back condition worsens and the pain becomes excruciating. Dr. Lee has also prescribed Tramadol, an opioid, which I have taken on a regular basis since the surgery, in particular during periods of exacerbation and excruciating pain.

9. I cannot predict when my lumbar pain, which in general is constant, will significantly spike.

10. As of today, I have undergone some six injection procedures, the last two occurring on September 16, 2025, and January 29, 2026.

11. Importantly, because of my back injury, I am typically unable to sit for more than a half hour or so or lift anything heavy without experiencing significant back pain and exacerbating

the condition of my back, even when taking pain medications. Sitting is even more painful in the weeks following the injections.

12. As a result, Dr. Lee recommends that I not travel for a period of some six weeks after the injections. A true and accurate copy of four letters submitted by Dr. Lee on my behalf are attached to this declaration as Composite Exhibit 1.

13. While my physician recommended that I not travel for some 6 weeks following the injections, he also understandably recommended that I engage in moderate physical activity while standing upright, like walking, which I do, even if it causes me to experience pain.

14. I am able to work though I do have some limitations.

15. I am a prominent Rabbi and renowned fighter against Antisemitism, who runs a world-renowned nonprofit organization related to those causes. I have been labeled by "The Washington Post" and "Newsweek" as "the most famous Rabbi in America." Making appearances and statements on events affecting Jews and Israel is important to the global Jewish community, who follow me social media and many other outlets, and my other work, writing, speaking, debating, and broadcasting. This is especially true in this time of the worst outbreak of antisemitism in American history when my community looks to me for fearlessness, guidance, courage, and inspiration. I am also thank God a father of 9 and grandfather of 12 to whom I am especially devoted and with whom I must obviously interact.

16. On September 26, 2025, Israeli Prime Minister Benjamin Netanyahu, whom I have known for some 35 years, spoke at the United Nations. While controversial for many who do not support Israel, this was an historic event for Jews and supporters of Israel around the world, especially in the current climate and recent antisemitic attacks.

17. Because of my work, the night before Prime Minister Netanyahu's speech at the United Nations, I chose to make an appearance and social media post in Times Square, which many Jews avoid due to a history of antisemitic attacks there and where I have personally experienced several attacks that were reported throughout global media.

18. I rode an electric bike from my apartment in New York City to Times Square, which took some seven minutes.

19. Short bike rides are not prohibited by my doctor and are consistent with the moderate activity he recommended, even if they cause me discomfort.

20. A few days later, on September 28, 2025, I posted a photograph of myself in a kayak on social media. That photograph was taken at a lake not far from our home in New Jersey that also serves as a Mikvah, or ritual bath of immersion used in Judaism for spiritual purification since ancient times and which constitutes one of the Jewish religion's most important spiritual practices. As the caption notes, I posted this – going to a Mikvah, and finding healing in God's wondrous nature amid the sewer of antisemitism into which we Jews have been immersed and which I sadly experienced at the Fontainebleau – to show both my resolve following the emotionally charged events and threats I faced outside of the United Nations during Prime Minister Netanyahu's speech two days earlier, and the need for Jews to find solace in feeling God's magical presence in His glorious creation.

21. I was in the kayak for a short time on flat water and also immersed myself in the spiritual tradition of mikvah, one of Judaism's most important practices. This very light physical activity was not prohibited by my doctor and was part of the moderate activity he recommended.

22. I also rode an electric bike to Times Square from our apartment about 7 minutes away on October 6, 2025, the deadline imposed by the United States for Hamas to surrender in the

war with Israel. I chose to make a post in Times Square to once again demonstrate Jewish resolve and strength and to highlight the surrender deadline and the need for the Jewish community to come out of hiding and take a public stand in support of Israel. Times Square is the place of choice for anti-Israel rallies and the antisemitic "Free Palestine" movement, which I battle almost daily.

23. The social media post at a restaurant on October 22, 2025, was 5 ½ weeks after my procedure. I felt comfortable traveling at that time.

24. I was in Miami because we have a grandson who was born with two very serious medical conditions which will require two lengthy imminent surgeries. His mother is my daughter, Rochel Leah. She is a first-time mother with whom I have an especially close relationship. She has had terribly heightened anxiety since the birth of the baby due to his serious medical conditions. She relies on her parents to deal with her anxiety, fears, and mental health challenges.

25. On December 14, 2025, during Chanuka, a terrible massacre happened when Islamic terrorists committed a mass murder of 15 people, mostly Jews, on Bondi Beach in Australia.

26. My wife is from Bondi Beach. I trained as a Rabbi there many years ago and a co-founder of the first ever Rabbinical seminary in Sydney, Australia, on Flood Street in Bondi. I am very well-known in the community in Sydney and have, for some forty years, made countless trips to the community to speak, inspire, teach, do national TV interviews and broadcasts. My brother-in-law, Rabbi Yossi Friedman, served as the de facto daily Rabbi at the site of the massacre on Bondi Beach. Bondi is a very special place to us. My wife and I were married in March, 1988 just a few blocks from the site of the massacre. We were understandably devastated.

27. The next day, on December 15, 2025, well-beyond the 6 weeks after the procedure, our community in Englewood, New Jersey, sponsored a public Chanuka event whose celebration

was understandably muted as the world Jewish community mourned the massacre of our brethren in Australia. When my community in Englewood, NJ saw me at the event with my grandchildren, they inspired me to go the podium for a few moments to inspire the crowd with my presence, especially knowing that my wife is from Sydney, Australia. I posted a defiant video of myself with my grandchildren dancing, with the caption "Worst Chanuka ever. And still…we will dance again!!"

28. "We will dance again" is a rallying cry used by Jews after the October 7, 2023, massacre at the Nova music festival in Southern Israel right outside Gaza. The post was an act of defiance and demonstration, especially by me as a Jewish leader in the Englewood community, of Jewish joy and resilience in the face of mass death and annihilation, because it was Chanuka and I needed to push myself for my family and community under the worst of circumstances, even if it was physically uncomfortable.

29. Six days later, on December 21, 2025, I posted another photo of myself on ice skates at an empty rink with the caption "Chanuka on Ice!!" I posted the photo, again, to show resilience and resolve for my community and family, because the annual Chanuka on Ice children's event which I always attend with my family, held every year in New York City, cancelled following the many attacks against Jews in New York and, of course, the Bondi Beach massacre. I have been a high-profile participant in the event for years.

30. The photo shows me in an empty rink, with not a single skater around me, where a quick photo was taken in order to remind our community of happier times and how we must strive to remain joyous on Chanuka, one of Judaism's most joyous celebrations.

31. On January 29, 2026, I underwent another round of serious lumbar injections because of the excruciating pain I was experiencing.

Case 1:25-cv-20251-JMK Document 274-1 Entered on FLSD Docket 02/17/2026 Page 14 of 21

32. I requested that my deposition scheduled for February 9, 2026, be taken by Zoom or rescheduled because my doctor recommended that I not travel for 6 weeks following a course of spinal injections to treat debilitating pain in my lumbar spine.

33. While I had not planned to overlook doctor's orders regarding travel for 6 weeks, my wife Debbie and I received a disturbing and urgent call from my son-in-law and daughter Rochel Leah, who live in the Miami area, and had recently, as stated above, given birth to a child experiencing extreme medical complications. My daughter had just learned that our infant grandson, whom the doctors had told her might be able to skip the second lengthy surgery through the medical situation alleviating itself over time, must have the surgery as the malady had not healed. This information understandably sent Rochel Leah into a tailspin. Both she and our son-in-law begged us to come to help them care for the baby and attend to our daughter's fragile mental state.

34. My daughter's mental health was extremely fragile, and she begged my wife and I to come and support her and the baby.

35. As my daughter has no immediate family in Florida, and a I enjoy, thank God, a very special and close relationship with her, and knowing she always depends on me to give her hope and lift her spirits, I made the decision, as a father, to transcend doctor's orders and traveled with my wife to support our daughter which has, thank God, been life-changing for her. The pain was substantial during the flight, and I was required to take the full dosage of Tramadol. I contacted our attorney on February 10, 2026.

THIS CONCLUDES MY DECLARATION.

**VERIFICATION**

Pursuant to 28 U.S. Code § 1746, I hereby verify under penalty of perjury that the foregoing

declaration is true and correct.

***/s/ Shmuley Boteach***
**RABBI JACOB SHMUEL BOTACH**

**Dated: February 17, 2026**