IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL, LLC
d/b/a FONTAINEBLEAU MIAMI BEACH,

CASE NO. 1:25-cv-20251-KMM

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," and John Does 1-10,

Defendants.
_______________________________________/

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL LIST OF DOCUMENTS RELIED ON**

NOTICE IS GIVEN that Plaintiff Fontainebleau Florida Hotel, LLC d/b/a Fontainebleau Miami Beach's ("Plaintiff") supplements its October 5, 2026, List of Documents Relied On (ECF No. 271-3), with the following documents that it also intends to rely on at the October 8, 2026, hearing:

39. Exhibit C.39 – Defendant's October 7, 2026 Facebook post.
40. Exhibit C.40 – Defendant's October 7, 2026 Instagram post.
41. Exhibit C.41 – Defendant's October 8, 2026 Facebook post.
42. Exhibit C.42 – Defendant's October 8, 2026 Facebook post.
43. Exhibit C.43 – Defendant's October 8, 2026 Facebook post.
44. Exhibit C.44 – Defendant's October 8, 2026 Instagram post.
45. Exhibit C.45 – Defendant's October 8, 2026 Instagram post.
46. Exhibit C.46 – Defendant's October 8, 2026 Instagram post.
47. Exhibit C.47 – Defendant's October 8, 2026 Twitter post.
48. Exhibit C.48 – Defendant's October 8, 2026 Twitter post.
49. Exhibit C.49 – Defendant's October 8, 2026 Twitter post.
50. Exhibit C.50 – Defendant's October 8, 2026 Substack Article titled *American Jews Must Choose Invincibility Over Invisibility*.

These documents did not exist at the time of filing the Oct. 5, 2026, List of Documents Relied On (ECF No. 271-3) and Plaintiff's Oct. 7, 2026, Notice of Supplemental List of Documents Relied On (ECF No. 274).

Dated: October 8, 2026
Miami, Florida

Respectfully submitted,

**BURSTYN LAW PLLC**

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
docketing@burstynlaw.com
1101 Brickell Avenue, Suite S-700
Miami, Florida 33131
Tel: (305) 204-9808

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.