# EXHIBIT C.39

Rabbi Shmuley Boteach

9h ·

Since Oct 7th there's years ago I have faced countless death threats as a defender of Israel. Fontainebleau Hotel - Faiz Akbar who watched me talk about the martyrs of October 7th in Israel threatened to make me one as well. The hotel sued me for posting this video, not Akbar for threatening to kill me. See less




30 30 1

# EXHIBIT C.40




**rabbishmuley**
Original audio

**rabbishmuley** Since Oct 7th there's years ago I have faced countless death threats as a defender of Israel. Fontainebleau Hotel - Faiz Akbar who watched me talk about the martyrs of October 7th in Israel threatened to make me one as well. The hotel sued me for posting this video, not Akbar for threatening to kill me.
9h

**hamstermatic** That man is a hero
9h 9 likes Reply
View replies (8)

**last.word.bolsk** Business Man Faiz Akbar

Palestine all day!!
8h Reply
View replies (5)

**david_av_world_wide** He's a true Hero right there good for him and yes most of America wants you dead.
8h 1 like Reply
View replies (2)

**kristinesivertson** Disgusting!!
8h 2 likes Reply

**el_bastardo_verde** Well, openly supporting genocide usually leads to people hating you.
8h 1 like Reply
View replies (4)

117 likes
9 hours ago

Add a comment... Post

# EXHIBIT C.41

Rabbi Shmuley Boteach
4h ·

https://rabbishmuley.substack.com/.../american-jews-must...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish. See less

**American Jews Must Choose Invincibility Over Invisibility**



America's Rabbi

RABBISHMULEY.SUBSTACK.COM

12 2

# EXHIBIT C.42

Rabbi Shmuley Boteach
4h ·

https://rabbishmuley.substack.com/.../american-jews-must...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish. See less




8 7 1

# EXHIBIT C.43

Rabbi Shmuley Boteach
4h ·

https://rabbishmuley.substack.com/.../american-jews-must...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish. See less




12 9

# EXHIBIT C.44




**rabbishmuley** ...

**rabbishmuley** https://rabbishmuley.substack.com/p/american-jews-must-choose-invincibility?r=294sg&utm_medium=ios

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight.
The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.

4h

View hidden comments

5 comments from Facebook

**18 likes**
4 hours ago

Add a comment... Post

# EXHIBIT C.45




rabbishmuley ...

rabbishmuley https://rabbishmuley.substack.com/p/american-jews-must-choose-invincibility?r=294sg&utm_medium=ios

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight.
The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.

4h

68 likes
4 hours ago

Add a comment... Post

# EXHIBIT C.46




rabbishmuley

rabbishmuley https://rabbishmuley.substack.com/p/american-jews-must-choose-invincibility?r=294sg&utm_medium=ios

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight.
The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.

4h

43 likes
4 hours ago

Add a comment... Post

# EXHIBIT C.47

**Rabbi Shmuley**
@RabbiShmuley

rabbishmuley.substack.com/p/american-jew...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.




2:56 AM · Oct 8, 2026 · **239** Views

# EXHIBIT C.48

**Rabbi Shmuley**
@RabbiShmuley

rabbishmuley.substack.com/p/american-jew...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.




2:56 AM · Oct 8, 2026 · **279** Views

# EXHIBIT C.49

**Rabbi Shmuley**
@RabbiShmuley

rabbishmuley.substack.com/p/american-jew...

American Jews Must Choose Invincibility Over Invisibility

Three Possible Futures of American Jewry

American Jews become lions.
This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.
We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.
We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.
We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.
We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.
And we do something even more important.
We flourish.




2:55 AM · Oct 8, 2026 · **233** Views

# EXHIBIT C.50

# American Jews Must Choose Invincibility Over Invisibility

## Three Possible Futures of American Jewry



RABBI SHMULEY BOTEACH
5 HOURS AGO

Share

By Rabbi Shmuley Boteach

There are, I believe, only three possible futures for American Jewry. Two are terrifying. The third is glorious.

First: American Jews become an invisible community.

We retreat into the shadows. We exchange our yarmulkes for baseball caps. We tuck our Stars of David beneath our shirts. We remove visible signs of Jewish identity from our homes and institutions. Our synagogues become armed fortresses, our Jewish schools resemble military compounds, and our children learn that being visibly Jewish is something dangerous.

We survive physically, perhaps, but disappear spiritually. We become the Jewish illuminati. 21st century Marrannos. We become a community that has traded Jewish pride for Jewish fear, Jewish identity for Jewish invisibility.

Second: God forbid, American Jewry God forbid experiences its own October 7.

This is the prediction I pray will never come true.

But who can confidently dismiss the possibility of a September 11-style terrorist attack directed specifically against American Jews? Who can guarantee that an October 7-style massacre could never happen on American soil?

We have already witnessed the horrors of the Tree of Life synagogue massacre in Pittsburgh and the deadly antisemitic attack at Bondi Beach.

Perhaps there will be no single catastrophic attack. Perhaps, instead, American Jews will endure a continuing succession of murders, assaults, threats, and acts of terror, each one further eroding our security and confidence.

God forbid that any of this should happen. But hope is not a security strategy, and denial is not a defense.

Third: American Jews become lions.

This is the future I choose. This is the future for which I will fight. The reason that I have refused to allow Jeffrey Soffer, billionaire owner of the Fontainebleau Hotel in Miami Beach, to shut me up and crush me in court after I was threatened with murder in his hotel.

We finally learn from our Israeli brothers and sisters that Jewish survival requires Jewish courage.

We wear our yarmulkes proudly. We display our Stars of David openly. We refuse to apologize for being Jews, for supporting Israel, or for defending our people.

We confront politicians like Zohran Mamdani whose rhetoric and policies we believe threaten Jewish interests. We organize politically. We register voters. We build coalitions. We hold massive peaceful demonstrations against antisemitism and the glorification of terrorism.

We stop being a frightened community and become a fighting community—not through violence or vigilantism, but through moral courage, democratic activism, lawful self-defense, and an unbreakable determination never again to be intimidated.

And we do something even more important.

We flourish.

We marry. We build Jewish homes. We raise proud Jewish children. We strengthen our synagogues, schools, and communities. We make Jewish education a priority. We encourage larger families and a vibrant Jewish future.

Why should American Jewry remain approximately six million strong?

Why shouldn't we aspire to become twelve million?

Why shouldn't we double the American Jewish population through family growth, stronger Jewish identity, and renewed communal commitment?

Our answer to those who want Jews to disappear must be to become more visibly, confidently, and joyously Jewish than ever before.

Our answer to hatred must not be hiding.

Our answer to intimidation must not be surrender.

Our answer to those who dream of a world without Jews must be a Jewish people that grows, prospers, creates, builds, and thrives.

The Jews of Israel have shown the world what Jewish courage looks like. It is time for the Jews of America to remember that we, too, are descended from lions.

We must choose between invisibility and invincibility, between vulnerability and valor, and between cowardice and courage.

I choose courage. Join me.

---

**Subscribe to America's Rabbi**

By Rabbi Shmuley Boteach · Launched 6 years ago

Rabbi Shmuley's exclusive, all-access takes on politics, religion, and relationships

Type your email... Subscribe

By subscribing, you agree Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

## Discussion about this post

Comments Restacks

Write a comment...

© 2026 Rabbi Shmuley Boteach · Privacy · Terms · Collection notice
Substack is the home for great culture