UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20251-KMM

FOUNTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FOUNTAINEBLEAU MIAMI BEACH, *a foreign limited liability company*,

Plaintiff,

v.

JACOB SHMUEL BOTACH, *et al.*

Defendants.
_______________________________________/

**DEFENDANT'S NOTICE OF FILING NOTE FROM DOCTOR**

**COMES NOW**, the Defendant, JACOB SHMUEL BOTACH, by and through the undersigned counsel, hereby provides notice of filing the attached note from Defendant's Doctor, as Exhibit A.

Dated: October 26, 2026

Respectfully Submitted,

**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Jacob Shmuel Botach*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
bperkins@nicklauslaw.com

By: */s/ Edward R. Nicklaus, Esq.*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
**P. BRANDON PERKINS, ESQ.**
Florida Bar No.: 568635

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on October 26, 2026, we electronically filed the foregoing using the CM/ECF system, which will electronically furnish service upon all counsel of record.

**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Jacob Shmuel Botach*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
bperkins@nicklauslaw.com

By: */s/ Edward R. Nicklaus, Esq.*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
**P. BRANDON PERKINS, ESQ.**
Florida Bar No.: 568635