**From:** Shmuley Boteach
**To:** Edward Nicklaus
**Cc:** Ryan Boyd; P. Brandon Perkins; Roger Roche; Scott Piekarsky
**Subject:** Jacob Botach Surgery
**Date:** Sunday, October 25, 2026 6:40:15 PM

Begin forwarded message:

**From:** Daniel Seigerman <daniel.seigerman@hmhn.org>
**Date:** October 25, 2026 at 6:30:31 PM EDT
**To:** [redacted]
**Subject: Jacob Botach Surgery**

Please find the below letter enclosed from my professional email account. As it is the weekend, we are not in the office at present, and this letter cannot be written on letterhead.

re: Rabbi Shmuley Botach, also known as Jacob Botach.

October 25, 2026

To Whom it May Concern:

The above patient has been under my care for a medical condition pertaining to his hand. The patient underwent surgery on 10/20/2026, performed by me. Post-operative management including wound care, occupational and home therapy, scheduled medical follow up visits, and avoidance of heavy lifting, or exercise is necessary in an effort to minimalze post-operative complication.

Please excuse the above mentioned patient from strenuous physical, psychological, and emotional exertion for the month of November, 2026. This should include court related activities if possible.

Should there be any further questions please reach out to our office at:

Orthopedic Specialists of New Jersey
650 From Road
Paramus, NJ 07652
201-639-6620

Daniel Seigerman, MD
Board Certified Orthopedic Surgeon
Assistant Professor Orthopedic Surgery
Hackensack Meridian Health
Orthopedic Specialists of New Jersey