UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-CV-20251-JTK

FONTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FONTAINEBLEAU MIAMI BEACH, *a foreign limited liability company,*

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH," *an individual*, and JOHN DOES 1-10,

Defendants.

__________________________________/

## DEFENDANT'S CROSS-NOTICE OF DISCOVERY HEARING

Defendant, JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH," gives notice that he intends to address the following matters at the in-person discovery hearing identified in Plaintiff's Notice (ECF No. 314) scheduled for November 5, 2026, at 4:00 P.M. before United States Magistrate Judge Marty Fulgueria Elfenbein at the C. Clyde Atkins United States Courthouse, Fifth Floor, 301 North Miami Avenue, Miami, Florida 33128:

## DISCVOERY MATTERS TO BE HEARD

1. **Plaintiff's Sixth Request for Production.** The sufficiency of Defendant's production and whether any further production is required under the Court's discovery orders.
2. **Defendant's Sixth Request for Production.** Plaintiff's October 30, 2026 responses and objections, including the application of the Court's October 10, 2025 Order (ECF No. 85) and whether Plaintiff must supplement its responses or production.

3. **Plaintiff's stated intent to seek criminal contempt.** Plaintiff's written statement that it may seek criminal contempt and how that issue should be presented to the Court if Plaintiff elects to pursue it.

**CERTIFICATE OF CONFERRAL**

On November 4, 2026, Defendant's counsel attempted to confer with Plaintiff's counsel regarding Plaintiff's objections to Defendant's Sixth Request for Production. Plaintiff's counsel advised that they were not prepared to discuss those objections.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which electronically serves registered counsel of record, and was also served by electronic mail on all persons identified in the attached Service List.

Respectfully submitted,

**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Defendant*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
bperkins@nicklauslaw.com

By: */s/ Edward R. Nicklaus*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
**P. BRANDON PERKINS, ESQ.**
Florida Bar No.: 568635

**SERVICE LIST**

**Counsel for Plaintiff, Fontainebleau Florida Hotel, LLC**
Sean Alexander Burstyn, Esq.
sean.burstyn@burstynlaw.com
docketing@burstynlaw.com
Andrei Dambuleff, Esq.
andrei.dambuleff@burstynlaw.com
Todd Rapp Friedman, Esq.
todd@toddfriedmanpa.com
Christopher Ara Ajizian, Esq.
chris@ajizianlaw.com

**Co-Counsel for Defendant, Jacob Shmuel Botach**
Christopher Donald Cathey, Esq.
chris.cathey@offitkurman.com
Austin Michael Krtausch, Esq.
austin.krtausch@offitkurman.com
Scott B. Piekarsky, Esq.
scott.piekarsky@offitkurman.com

**Counsel for Chubb Insurance Company of New Jersey**
Irene Marie Porter, Esq.
iporter@mhickslaw.com