UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-CV-20251-JTK

FONTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FONTAINEBLEAU MIAMI BEACH, *a foreign limited liability company,*

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH," *an individual*, and JOHN DOES 1-10,

Defendants.
_________________________________/

**[PROPOSED] ORDER AFTER NOVEMBER 5, 2026 DISCOVERY HEARING**

THIS CAUSE came before the Court at the November 5, 2026 discovery hearing on the matters identified in Plaintiff's Notice of In-Person Hearing (ECF No. 314) and Defendant's Cross-Notice of Discovery Hearing. Having heard the parties and considered the record, the Court **ORDERS AND ADJUDGES** as follows:

1. **Plaintiff's Sixth Request for Production.** Defendant shall supplement his written responses and document production in a timely manner as he obtains additional responsive documents within his possession, custody, or control, consistent with Federal Rule of Civil Procedure 26(e)(1) and the scope of production required by the Court's prior discovery orders. As to Request No. 2 of Plaintiff's Sixth Request for Production, Plaintiff's request

for unredacted copies of Defendant's joint 2024 and 2025 tax returns is **DENIED** to the extent it seeks the spouse's personal financial income information.

2. **Defendant's Sixth Request for Production.** The Court has considered Plaintiff's October 30, 2026 responses and objections and the application of the Court's October 10, 2025 Order (ECF No. 85). Plaintiff shall supplement its written responses to Request Nos. **1 through 18** and produce the nonprivileged documents within its possession, custody, or control.
3. **Daily coercive fine.** Plaintiff's request in ECF No. 314 for a daily coercive fine is **DENIED**.
4. **Criminal contempt.** Plaintiff and its counsel shall cease threatening Defendant with criminal contempt, whether in writing, orally, or by any other means.
5. **Prior orders.** Except as expressly modified by this Order, the Court's prior discovery orders remain in effect.

**DONE AND ORDERED** in Miami, Florida, this ___ day of November 2026.

______________________________
The Hon. Marty Fulgueira Elfenbein