IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL, LLC
d/b/a FONTAINEBLEAU MIAMI BEACH,

CASE NO. 1:25-cv-20251-JTK

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a
"SHMULEY BOTEACH," and John Does 1-10,

Defendants.
_____________________________________/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

NOTICE IS GIVEN that Plaintiff herein submits additional caselaw for consideration at today's 3:00 p.m. hearing, as scheduled by the Court. During a hearing on November 5th, counsel for Defendant raised an unnoticed argument concerning Defendant's purported lack of possession, custody, or control of certain financial information pertaining to World Values Network. Should Defendant maintain that position at today's hearing, Plaintiff intends to rely on the attached authorities. *See* Ex. 1.

Dated: November 9, 2026
Miami, Florida

Respectfully submitted,

**BURSTYN LAW PLLC**

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
docketing@burstynlaw.com
1101 Brickell Avenue, Suite S-700
Miami, Florida 33131
Tel: (305) 204-9808

*Counsel for Plaintiff*
*Fontainebleau Florida Hotel, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will serve it via electronic mail to counsel of record.

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.