IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FONTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FONTAINEBLEAU MIAMI BEACH, *a foreign limited liability company*,

Plaintiff,

v.

JACOB SHMUEL BOTACH a/k/a "SHMULEY BOTEACH," *an individual*, and John Does 1-10,

Defendants.
_______________________________/

CASE NO. 1:25-cv-20251-JTK

**DECLARATION OF ANDREI F. DAMBULEFF, ESQ.**

STATE OF FLORIDA )
)
COUNTY OF MIAMI-DADE )

I, ANDREI F. DAMBULEFF, make the following declaration:

1. I am over the age of 21 and competent to testify in this matter.

2. I am an attorney licensed in Florida.

3. I make the statements in this Declaration based on my personal knowledge.

4. I submit this Declaration in my capacity as counsel for Plaintiff Fontainebleau Florida Hotel, LLC d/b/a Fontainebleau Miami Beach ("Plaintiff" or the "Hotel") in support of Plaintiff's Response in Opposition to Defendant's Objections to and Appeal of Magistrate Judge's Second Order After Discovery Hearing Pursuant to Federal Rule of Civil Procedure 72(a) and Magistrate Rule 4(a)(1) (ECF No. 309).

5. Exhibit 1 is a true and correct copy of the transcript from the October 26, 2026 discovery hearing in the above-styled action before the Magistrate Judge Marty Fulgueira Elfenbein.

Pursuant to Fla. Stat. § 92.525, under Penalty of Perjury, I declare that I have read the foregoing Declaration, and the facts stated in it are true and correct and based upon my personal knowledge.

Dated: November 13, 2026

By: *<u>/s/ Andrei F. Dambuleff</u>*
Andrei F. Dambuleff, Esq.