UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20251-KMM

FOUNTAINEBLEAU FLORIDA HOTEL, LLC d/b/a FOUNTAINEBLEAU MIAMI BEACH, *a foreign limited liability company*,

Plaintiff,

v.

JACOB SHMUEL BOTACH, *et al.*

Defendants.
_______________________________________/

**DEFENDANT'S NOTICE OF COMPLIANCE**

**COMES NOW**, the Defendant, JACOB SHMUEL BOTACH, by and through the undersigned counsel, hereby provides notice of compliance with the Court's Order dated November 12,2026, by serving his AI data upon Plaintiff on November 13, 2026, in accordance with the Court's directive. Accordingly, Defendant respectfully submits this Notice to inform the Court and the parties that the required documents have been served pursuant to the Court's Order.

Dated: November 13, 2026

Respectfully Submitted,

**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Jacob Shmuel Botach*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
bperkins@nicklauslaw.com

By: */s/ Edward R. Nicklaus, Esq.*
**EDWARD R. NICKLAUS, ESQ.**

Florida Bar No.: 138399
**P. BRANDON PERKINS, ESQ.**
Florida Bar No.: 568635

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on November 13, 2026, we electronically filed the foregoing using the CM/ECF system, which will electronically furnish service upon all counsel of record.

**NICKLAUS, NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Jacob Shmuel Botach*
4651 Ponce de Leon Blvd., Suite 200
Coral Gables, Florida 33146
Telephone: 305-460-9888
Facsimile: 305-460-9889
edwardn@nicklauslaw.com
bperkins@nicklauslaw.com

By: */s/ Edward R. Nicklaus, Esq.*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.: 138399
**P. BRANDON PERKINS, ESQ.**
Florida Bar No.: 568635