# EXHIBIT A

Post

**Rabbi Shmuley**
@RabbiShmuley

Insane pro-Hamas thug threatens and provokes Israelis. Look how silent they are, unfortunately. Because people learned from my experience with the @fontainebleaumiamibeach that if Jews defend themselves, they get sued. Which is why I'm going to destroy owner Jeffrey Soffer in




7:52 PM · May 27, 2025 · **6,018** Views

25 2 8 8

**Read 25 replies**