# EXHIBIT B

← **Post**



**Rabbi Shmuley**
@RabbiShmuley

Dec 1, 2024, I was sitting @fontainebleaumiamibeach and writing the acceptance speech of a member of @realdonaldtrump cabinet, who is a close friend, when I was threatened with murder by Islamist Faiz Akbar and then sued by hotel owner Jeffrey Soffer for defending myself as a Jew. My only sin was to wear a kippa and love Israel.

My people have been persecuted and annihilated for 2000 years.

When I say Never Again I mean it.

Owner Jeffrey Soffer's actions in suing to silence me is an abomination to justice and an affront to decency. He must be held to account.

Hotels like @fontainebleaumiamibeach who vilify victims of antisemitic attacks must SOFFER... that is, SUFFER, the legal consequences.

EVEN BILLIONAIRES HAVE NO LICENSE TO PERSECUTE JEWS ATTACKED BY ANTISEMITES. We have filed a $20m counter suit and we will prevail with the proceeds going Gd willing g to our never-ending campaign of destroying antisemitism across the world. #NeverAgainIsNow.




6:19 AM · Sep 18, 2025 · **1,232** Views

3 3