# EXHIBIT C

X

← **Post**



**Rabbi Shmuley**
@RabbiShmuley

...

Dec 1st 2024 in giant lobby of @fontainebleaumiamibeach I was assaulted and threatened with murder for being a Jew, and then sued by owner Jeffrey Soffer to cover it up. Millions of people were horrified by the video of Islamist Faiz Akbar threatening to murder me as Soffer's security fist-bumped and hugged my assailant and refused to call the police. This week my attorneys will be dropping a legal 30,000 bunker buster lawsuit against Soffer and the hotel Gd willing that will teach bully Billionaires that their money cannot project antisemites and being rich gives you no immunity from being a traitor to your people. #NeverAgain




8:14 PM · Jun 29, 2025 · **1,470** Views

4 1 5