# EXHIBIT D

𝕏

← **Post**

**Rabbi Shmuley**
@RabbiShmuley

@fontainbleaumiamibeach owner Jeffrey Soffer allegedly harassed and harangued philanthropist Miriam Adelson, a close friend of Rabbi Shmuley, with repeated phone calls to pressure the Rabbi to suppress and be silent about the vicious antisemitic assault against him at the hotel. Soffer will be subpoenaed and deposed as part of Rabbi Shmuley's $20m counter suit against Soffer, after the owner, rather than protecting his Jewish guests, sued the rabbi to suppress the incident. #NeverAgain




3:15 AM · Sep 19, 2025 · **1,386** Views

4 3