# EXHIBIT E

X ← **Post**

**Rabbi Shmuley**
@RabbiShmuley

We are so honored that Benjamin Brafman, the American legal legend and our nation's most celebrated attorney, has taken over as our lead lawyer to fight the @fontainebleaumiamibeach. We gave billionaire owner Jeffrey Soffer the fairest, easiest settlement offer to make things right. He decided to fight instead and treat Rabbis as prohibited 🚫 guests from his hotel 🤮. I promise you BL'N he will regret the day that he allowed Jews to be repeatedly attacked in his sewer of antisemitism the Fontainebleau and lie that it wasn't an antisemitic hate crime. Remember, it's always the cover up that gets you. Soffer must now live with his choices. He will rue the day. #NeverAgain




2:07 AM · Dec 13, 2024 · **8,252** Views

31 5 14 3