# EXHIBIT F

X

← **Post**

**Rabbi Shmuley**
@RabbiShmuley

Message to @fontainebleaumiamibeach, billionaire owner Jeffrey Soffer, President Phil Goldfarb, traitor attorney @seanburstyn, Islamist Jew-hater Faiz Akbar, whom they seem to be protecting. It's no longer Berlin, 1938. When you attack us Jews we defend ourselves. Military in Israel, and legally and with law enforcement here in the United States. Sorry for the inconvenience. #NeverAgain.life




2:41 AM · Dec 8, 2024 · **4,320** Views

27 4 20 2

**Read 27 replies**