# EXHIBIT G

X

← **Post**

**Rabbi Shmuley**
@RabbiShmuley

Turns out that Disgusting Jewish billionaire Jeffrey Soffer, whose employees publicly hug dangerous antisemites, is already going bankrupt. Let's help him get there faster. I'm calling on all the orthodox Jewish families who have booked for Yeshiva week to cancel your reservations to protect your family safety. The hotel is an antisemitic sewer and you're not safe. Cancel now. #BoycottFountainebleau

THE REAL DEAL
REAL ESTATE NEWS
Subscribe

# Jeffrey Soffer's firm seeks $1.2B refi for Fontainebleau Miami Beach resort

Capital stack would come from $975M CMBS sale, $225M mezz loan



8:19 AM · Dec 11, 2024 · **6,324** Views

40 6 24 2

**Read 40 replies**