# EXHIBIT H

← **Post**

**Rabbi Shmuley**
@RabbiShmuley

Jeffrey Soffer of @Fontainebleau Terrified of a Deposition?

@Fontainebleau owner Jeffrey Soffer is allegedly hiding from our process servers, shivering over his deposition. Jeff, you chose to SUE ME to silence antisemitism. Come out of the closet, my brother. My lawyers promise to be gentle. What and why are you hiding? #NeverAgain




2:37 AM · Nov 4, 2025 · **808** Views